UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 10, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL FOURNIER,<br><br>Defendant. | Case No. 2:17-cr-00053-WBS<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  PAUL FOURNIER ,

Case No. 2:17-cr-00053-WBS  Charge 18 USC § 1349 , from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

__X__   Unsecured Appearance Bond $   25,000

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

_____   (Other):

Issued at Sacramento, California on April 10, 2017 at 2:50 p.m.

By: _____
Magistrate Judge Edmund F. Brennan