McGREGOR W. SCOTT
United States Attorney
NIRAV K. DESAI
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:17-CR-00053-JAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR ANCILLARY HEARING AND ASSOCIATED BRIEFING SCHEDULE |
| PAUL FOURNIER, | |
| Defendant. | |

The United States of America through its undersigned counsel, Nirav K. Desai and Kevin C. Khasigian, Assistant United States Attorneys, and counsel for Petitioner National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), Matthew S. Foy and Michael A. Pursell, respectfully request that the Court schedule the ancillary hearing on Petitioner's filing [ECF No. 80] for April 10, 2018 at 9:15 a.m. Subject to the Court's approval, the United States and Petitioner National Union further propose the following briefing schedule: the Government to respond 14 days prior to Defendant Fournier's April 10, 2018 sentencing hearing, and Petitioner to reply no later than 7 days thereafter. The ancillary hearing date and associated briefing schedule are requested to sync the ancillary litigation and Defendant Fournier's sentencing. Additionally, this is a multi-defendant case involving various seized assets and potential third party interests, thus the above request will allow the parties to coordinate

1

ancillary proceedings for any assets forfeited from co-defendants in this case.

WHEREFORE, based on the foregoing, and for good cause shown, the United States and Petitioners hereby stipulate that the ancillary hearing be scheduled on April 10, 2018 at 9:15 a.m., the Government to respond 14 days prior, and Petitioner to reply 7 days following any opposition.

Dated:  1/9/18                                    McGREGOR W. SCOTT
                                                          United States Attorney

                                         By:     /s/ Kevin C. Khasigian
                                                          NIRAV K. DESAI
                                                          KEVIN C. KHASIGIAN
                                                          Assistant U.S. Attorneys


Dated:  1/9/18

                                       By:     /s/ Michael A. Pursell
                                                          MATTHEW S. FOY
                                                          MICHAEL A. PURSELL
                                                          Counsel for Petitioner National Union

                                                          (Authorized by phone)


## **ORDER**

IT IS SO ORDERED.

Dated: 1/10/2018                                          /s/ John A. Mendez
                                                                         JOHN A. MENDEZ
                                                                         United States District Court Judge