McGREGOR W. SCOTT
United States Attorney
NIRAV K. DESAI
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-00053-JAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR ANCILLARY HEARING AND ASSOCIATED BRIEFING SCHEDULE |
| PAUL FOURNIER, | |
| Defendant. | |

The United States of America through its undersigned counsel, Nirav K. Desai and Kevin C. Khasigian, Assistant United States Attorneys, and counsel for Petitioner National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), Matthew S. Foy and Michael A. Pursell, respectfully request that the Court schedule the ancillary hearing on Petitioner's filing [ECF No. 80] for September 11, 2018 at 9:15 a.m. Subject to the Court's approval, the United States and Petitioner National Union further propose the following briefing schedule: the Government to respond 14 days prior to the sentencing hearings scheduled on September 11, 2018, and Petitioner to reply no later than 7 days thereafter. The ancillary hearing date and associated briefing schedule are requested to sync the ancillary litigation and Defendant Fournier's sentencing. Additionally, this is a multi-defendant case involving various seized assets and potential third party interests, thus the above request will allow the parties to

1

coordinate ancillary proceedings for any assets forfeited from co-defendants in this case.

WHEREFORE, based on the foregoing, and for good cause shown, the United States and Petitioners hereby stipulate that the ancillary hearing be scheduled on September 11, 2018 at 9:15 a.m., the Government to respond 14 days prior, and Petitioner to reply 7 days following any opposition.

Dated: 3/8/2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
NIRAV K. DESAI
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys

Dated: 3/7/18

By: /s/ Michael A. Pursell
MATTHEW S. FOY
MICHAEL A. PURSELL
Counsel for Petitioner National Union

(Authorized by email)

## **ORDER**

IT IS SO ORDERED.

Dated: 3/9/2018

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge