| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | NIRAV K. DESAI<br>KEVIN C. KHASIGIAN |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL FOURNIER,<br><br>Defendant. | CASE NO. 2:17-CR-053 JAM<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING OF **DEFENDANT PAUL FOURNIER**<br><br>DATE: April 10, 2018<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for judgment and sentencing on April 10, 2018.

2. By this stipulation, the United States of America ("government") and defendant Paul Fournier now move to continue the judgment and sentencing until **October 30, 2018, at 9:15 a.m.**, on the basis of the complexity of this case, the defendant's desire to provide additional information to the U.S. Probation Officer, the parties' efforts to stipulate to a restitution figure, and availability of counsel due to trial and vacation schedules.

3. The government and defendant Fournier further stipulate to the following briefing schedule related to the judgment and sentencing proceeding:

      a)     Judgment and Sentencing Date: October 30, 2018

      b)     Reply, or Statement of Non-Opposition: October, 23 2018

      c)     Motion for Correction of Presentence Investigation Report shall be filed with the Court and served on the Probation and Opposing Counsel no later than: October 16, 2018

      d)     The Presentence Investigation Report shall be filed with the Court and disclosed to counsel no later than: October 9, 2018

      e)     Counsel's written objections to the proposed Presentence Investigation Report shall be delivered to the Probation Officer and opposing counsel no later than: September 18, 2018

      f)     The proposed Presentence Investigation Report shall be disclosed to counsel no later than: September 4, 2018

4.     The U.S. Probation Officer has been consulted about the proposed judgment and sentencing date, as well as the proposed briefing schedule, and has no objection to the proposals.

IT IS SO STIPULATED.

Dated: March 8, 2018                                                McGREGOR W. SCOTT
                                                                         United States Attorney

                                                                         /s/ NIRAV K. DESAI
                                                                         NIRAV K. DESAI
                                                                         Assistant United States Attorney

Dated: March 8, 2018                                                /s/ Nirav K. Desai for Robert Wilson
                                                                         (authorized on March 7, 2018)
                                                                         ROBERT WILSON, ESQ.
                                                                         Counsel for Defendant PAUL FOURNIER

# ORDER

Upon review and consideration of the stipulation of the government and defendant Paul Fournier, IT IS HEREBY ORDERED that:

1. Judgment and sentencing of defendant Paul Fournier is continued to October 30, 2018, at 9:15 a.m.

2. The parties' briefing schedule set forth in the stipulation is ADOPTED.

IT IS SO ORDERED.

DATED: 3/9/2018                            /s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE