McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>PAUL FOURNIER,<br><br>            Defendant. | 2:17-CR-00053-JAM<br><br>STIPULATION AND ORDER CONTINUING THE RESTITUTION HEARING OF DEFENDANT PAUL FOURNIER |

The United States of America through its undersigned counsel, Kevin C. Khasigian, Assistant U.S. Attorney, and counsel for defendant Paul Fournier, Robert M. Wilson, respectfully request that the Court continue the Restitution Hearing currently set for September 29, 2020 at 9:30 a.m. to November 3, 2020 at 9:30 a.m.  The restitution hearing date extension is requested to accommodate the parties' ongoing discussions concerning the restitution amount.  This is a multi-defendant case involving various seized assets and potential third party interests.

///

///

///

1

Stipulation and Order Continuing Restitution Hearing

WHEREFORE, based on the foregoing, and for good cause shown, the United States and defendant Paul Fournier hereby stipulate that the restitution hearing be continued from September 29, 2020 at 9:30 a.m. to November 3, 2020 at 9:30 a.m.

Dated:  9/24/2020                    McGREGOR W. SCOTT
                                     United States Attorney

                              By:    /s/ Kevin C. Khasigian
                                     KEVIN C. KHASIGIAN
                                     Assistant U.S. Attorney

Dated:  9/24/2020

                              By:    /s/ Robert M. Wilson
                                     Robert M. Wilson
                                     Attorney for defendant Paul Fournier

                                     (Approved via email)

## **ORDER**

IT IS SO ORDERED.

Dated: 9/25/2020                     /s/ John A. Mendez
                                     JOHN A. MENDEZ
                                     United States District Court Judge

2

Stipulation and Order Continuing Restitution Hearing