McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-00053-JAM |
| Plaintiff, | |
| v. | **STIPULATION REGARDING RESTITUTION; AND ORDER THEREON** |
| PAUL FOURNIER, | |
| Defendant. | |

The United States and defendant Paul Fournier stipulate to the entry of criminal restitution as set forth below.  This stipulation is entered into in light of the Court's rulings at sentencing and the PSR.

Defendant Paul Fournier and the United States, by and through their attorneys, hereby stipulate and agree that the Court shall enter a restitution order as follows:

1.     Paul Fournier shall be ordered to pay restitution of $1,922,524.89 as set forth in the PSR and by the Court at sentencing.

2.     Paul Fournier shall pay restitution of $100/monthly upon release from custody and the

///

///

///

1

1  United States may file a motion to expand the restitution payments as permitted by law.  Payments shall

2  be made to the Clerk of Court of the Eastern District of California or as directed by the Probation

3  Department.

4

5  Dated:  10/28/2020                                    McGREGOR W. SCOTT
                                                         United States Attorney
6

7                                         By:    /s/ Kevin C. Khasigian
                                                 KEVIN C. KHASIGIAN
8                                                Assistant U. S. Attorney

9

10  FOR DEFENDANT PAUL FOURNIER:

11  Dated: October 28, 2020                          /s/ Robert Wilson

12                                                   PAUL FOURNIER by his attorney Robert Wilson

13                                                   (Authorized by phone)

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**O R D E R**

The Court, having reviewed the court files and the Stipulation filed by the United States and Paul Fournier, and good cause appearing therefrom, hereby APPROVES the Stipulation.  Accordingly, IT IS ORDERED Paul Fournier to pay restitution of $1,922,524.89.  The Defendant is ORDERED to pay $100/ month upon his release from custody and the United States may file a motion to expand those payments as permitted by law.


IT IS SO ORDERED.


DATED:  October 28, 2020                    /s/ John A. Mendez
                                                          THE HONORABLE JOHN A. MENDEZ
                                                          UNITED STATES DISTRICT COURT JUDGE

Stipulation and Order Regarding Restitution